959 A.2d 909

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Israel SANTIAGO, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 3, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2008, the Petition for Allowance of Appeal, treated as a Petition for Relief Pursuant to Pa.R.A.P. 123, is **GRANTED.** The issues are as follows:

(1) Did the Superior Court err in concluding that Petitioner's brief filed in that court failed to comply with the requirements for an *Anders*[1] brief?

(2) Do the requirements set forth by the Superior Court for an *Anders* brief extend beyond those set by the United States Supreme Court and the Pennsylvania Supreme Court?

1. *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

The Petition Requesting Permission to Withdraw as Counsel, filed by John Martin Belli, Esquire, is **GRANTED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.